UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
White, D.P.M.,

                              Plaintiff(s),                                  **O R D E R**

            -against –
                                                                          7:20-CV-04223 (CS)


St. Joseph's Medical Practice, P.C., et al.,
                              Defendant(s).
-----------------------------------------------------------X
Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within thirty days of the date of this order,

Plaintiff may apply by letter within the thirty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.

        **SO ORDERED**.

Dated: May 4, 2021

        White Plains, New York



                                                    _Cathy Seibel_



                                                    _____

                                                    CATHY SEIBEL, U.S.D.J.